RECEIVED
MAY 3 0 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SLIM CAESAR ADAFIA, Petitioner | CIVIL ACTION NO. 1:17-CV-1327-P |
| VERSUS | JUDGE DEE D. DRELL |
| DAVID COLE, ET AL., Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus is hereby DISMISSED for lack of jurisdiction.

Additionally, the Court notes the copy of the report and recommendation mailed April 9, 2018 to Mr. Adafia's last known address was returned to the Clerk of Court on April 16, 2018, marked "return to sender." Thirty days have passed since April 16, 2018, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 29th day of MAY, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE